IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LAW ENFORCEMENT,<br>a California non-profit Mutual<br>Association,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LINDA MORELLI, an individual,<br><br>　　　　　　Defendant. | 2:08-cv-01927-GEB-DAD<br><br>ORDER RE:<br><u>NOTICE OF SETTLEMENT</u> |

　　　　On November 20, 2008, Plaintiff's attorneys filed a Notice of Settlement in which they state: "the parties . . . have reached a tentative settlement," and request fifty-five days from the date on which the Notice was filed within which to file a dismissal document.  Further, the parties request the Court issue an order staying this action until they file the referenced dismissal document.  The request to have until January 14, 2008, to file a dismissal document is granted.  However, the request to stay the action while the parties decide whether their tentative settlement can be converted into an enforceable settlement agreement is denied.  The later request appears unnecessary.  The

1

1  only scheduled proceeding is the status (pretrial scheduling)
2  conference scheduled for December 8, 2008, which is now reset for
3  hearing on February 17, 2009, at 9:00 a.m., in light of the parties
4  having reached a tentative settlement.  Further, a Joint Status
5  Report shall be filed fourteen days prior to the status (pretrial
6  scheduling) conference.[1]
7           IT IS SO ORDERED.
8  Dated:  November 24, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] The status (pretrial scheduling) conference remains on calendar because the mere representation that a tentative settlement is reached does not justify removal of the status hearing from the calendar. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2